IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARL BERRY,

      Plaintiff,

v.                                                  No. 2:23-CV-00312-GBW-GJF

CHRISTIAN TRUJILLO, EMANUELE BOBBIO,
DANNY PELAYO, ASHLEY LAWRENCE, and
BERNARDO VILLEGAS,

      Defendants.

## ENTRY OF APPEARANCE

      COMES NOW New Mexico Prison & Jail Project (Steven Robert Allen) hereby enters his appearance on behalf of Plaintiff CARL BERRY.

                                      Respectfully submitted,

                                      NEW MEXICO PRISON & JAIL PROJECT

                                      /s/ Steven Robert Allen
                                      Steven Robert Allen
                                      *Attorney for Plaintiff*
                                      3800 Osuna Road NE, Ste 2
                                      Albuquerque, NM 87109
                                      (505) 515-0939
                                      steve@nmpjp.org

## CERTIFICATE OF SERVICE

      I hereby certify that a copy was served upon all parties of record by CM/ECF electronic means filed on this 12th day of April 2023.

Mallory Gagan
New Mexico Prison & Jail Project
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
T: (505) 515-0939
mallory@nmpjp.org
*Attorney for Plaintiff*