# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CARL BERRY,**

    Plaintiff,

v.                                                         2:23-CV-00312-KG-GJF

**CHRISTIAN TRUJILLO, EMANUELE BOBBIO,
DANNY PELAYO, ASHLEY LAWRENCE, and
BERNARDO VILLEGAS,**

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff Carl Berry voluntarily dismisses all his claims with prejudice. Parties will each bear their own costs.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:    /s/ Taylor S. Rahn
        Taylor S. Rahn
        20 First Plaza Ctr. NW, Suite 500
        Albuquerque, NM 87102
        (505) 242-2228
        (505) 242-2228 (facsimile)
        taylor@roblesrael.com
        *Attorney for NMCD Defendants*

and

Mallory Gagan
New Mexico Prison and Jail Project
3800 Osuna Road NE

        Albuquerque, NM 87109
        (505) 515-0939
        mallory@nmpjp.org
        *Attorney for Plaintiff*

I hereby certify that on this 11th day of July 2024, the foregoing was electronically served through the CM/ECF system to all counsel of record.

/s/ Taylor S. Rahn
Taylor S. Rahn